24638.  MADDOX v. CITY OF NEWNAN.

DUCKWORTH, Chief Justice. This is an appeal from an order dismissing an application for writ of certiorari which involves the violation of a city ordinance and whether or not a motion

362

to suppress evidence should have been granted. It does not involve the construction of the Constitution but mere application of it to a given set of facts which comes within the jurisdiction of the Court of Appeals and not the Supreme Court for review. *Code Ann.* §§ 2-3704, 2-3708 (Const. of 1945; Ga. L. 1945).

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED MAY 14, 1968—DECIDED MAY 23, 1968.

*J. L. Jordan,* for appellant.

*Sanders, Mottola & Haugen, Charles Van S. Mottola,* for appellee.